

ACCEPTED
15-24-00071-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/12/2025 5:24 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/12/2025 5:24:42 PM
CHRISTOPHER A. PRINE
Clerk

**Gaines West**
Partner
gaines.west@westwebb.law

May 12, 2025

Mr. Christopher Pine, Clerk of the Court          *Via E-File*
15th Court of Appeals
P.O. Box 12852
Austin, Texas 78711

> Re:     Cause No.  15-24-00071-CV; ***Texas A&M University v Erin A Snider, Ph.D.***; In the Fifteenth Court of Appeals – Austin, Texas
>
> Oral Argument – May 20, 2025, at 1:30 p.m.

Dear Mr. Pine:

Please be advised that Gaines West will present oral argument on behalf of Appellee, Erin Snider, in the above referenced matter.

Sincerely,

*/s/ Gaines West*

Gaines West

GW/bsh

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Billy Hart on behalf of Gaines West
Bar No. 21197500
billy.hart@westwebblaw.com
Envelope ID: 100738888
Filing Code Description: Letter
Filing Description: Letter to Clerk - Counsel Presenting Oral Argument for Appellee
Status as of 5/13/2025 7:14 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Billy SHart | | billy.hart@westwebblaw.com | 5/12/2025 5:24:42 PM | SENT |
| Jay Rudinger | | jay.rudinger@westwebblaw.com | 5/12/2025 5:24:42 PM | SENT |
| Wolfgang PHirczy de Mino | | wphdmphd@gmail.com | 5/12/2025 5:24:42 PM | SENT |
| Brianna Krominga | | brianna.krominga@oag.texas.gov | 5/12/2025 5:24:42 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 5/12/2025 5:24:42 PM | SENT |
| Melissa Koelsch | | melissa.koelsch@westwebb.law | 5/12/2025 5:24:42 PM | SENT |
| William Geist | | cole.geist@westwebblaw.com | 5/12/2025 5:24:42 PM | SENT |
| Gaines West | | gaines.west@westwebb.law | 5/12/2025 5:24:42 PM | SENT |